IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NUMBER 09-574 |
| TROY HILL | : | |

## ORDER

AND NOW, this 10th day of May, 2011, on consideration of the Motion of the government for dismissal of the Superseding Indictment as to this defendant only, the Court grants the motion.

It is accordingly hereby

ORDERED

that the Superseding Indictment is dismissed as to Troy Hill only.

BY THE COURT:

_____
HONORABLE J. CURTIS JOYNER
*Judge, United States District Court*